UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAI LARSEN by and through his parents JEREMY LARSEN and MEGAN LARSEN, husband and wife,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Defendant. | No. C04-5349FDB<br><br>STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE |

### STIPULATION OF DISMISSAL

Come now counsel of record, and submit the following Stipulation of Dismissal for approval by the Court pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The parties herewith stipulate to dismissal of this action with prejudice, each party to pay their own costs.

///

///

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL WITH PREJUDICE (No. C04-5349FDB) - 1

Dated this 30th day of June, 205.

| | |
|---|---|
| LOPEZ & FANTEL, INC. | JOHN McKAY<br>United States Attorney |

BY _____/s/_____     BY_____/s/_____

Carl A. Taylor Lopez, WSBA #6215         Philip H. Lynch, WSBA #91005
Lopez & Fantel                                          Assistant United States Attorney
1510 14th Avenue                              1201 Pacific Avenue, Suite 700
Seattle, WA  98122                                  Tacoma, WA 984002
Tel. (206) 322-5200                                 Tel. (253) 428-3810
Fx (206) 322-1979                                   Fx. (253) 428-3826
Attorneys for Plaintiffs                            Attorney for Defendant

<u>It is so ORDERED</u>:

Dated July 1, 2005

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL WITH PREJUDICE (No. C04-5349FDB) - 2